NUMBER 13-04-072-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
EDEL P. RUISECO,                                                            Appellant,

v.

PELICAN BAY, INC.,                                                           Appellee.
____________________________________________________________________

On appeal from the 36th District Court of San Patricio County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, EDEL P. RUISECO, attempted to perfect an appeal from a judgment
entered by the 36th District Court of San Patricio County, Texas, in cause number S-99-1061TX. After the notice of appeal was filed, appellant filed a motion to withdraw
the notice of appeal. 
         The Court, having considered the documents on file and appellant’s motion to
withdraw the notice of appeal, is of the opinion that the motion should be granted. 
Appellant’s motion to withdraw the notice of appeal is granted, and the appeal is
hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 6th day of May, 2004.